ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, LIEUTENANT
DOUGLAS TAYLOR, MITCHELL
CONNER, MICHAEL MEADE, M.D.,
CHRISTINE FERRY, ALEXANDER
CHYORNY, M.D., and OFFICER CONNER

*E-FILED - 2/6/08*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | No. C03-2054 RMW |
| Plaintiff, | [xxxxxxxxxxxx] ORDER GRANTING DEFENDANTS' MOTION TO ENLARGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| v. | |
| SANTA CLARA COUNTY et. al., | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the request by Defendants Edward Flores, Lieutenant Douglas Taylor, Mitchell Conner, Michael Meade, M.D., Christine Ferry, Alexander Chyorny, M.D., and Officer Conner to enlarge time to file a motion for summary judgment is GRANTED. Defendants shall file a motion for summary judgment by **April 7, 2008**. Plaintiff's opposition to the motion for summary judgment shall be filed with the Court and served on Defendants no later than **30 days** from the date Defendants' motion is filed. Defendants shall file a reply brief no later than **15 days** after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: 2/6/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Court Judge

111056.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[XXXXXXXX] Order Granting Defendants'
Motion to Enlarge Time to Fil a MSj        1        C03-2054 RMW