*E-FILED - 8/13/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR., | No. C 03-2054 RMW (PR) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| SANTA CLARA COUNTY, et al., | |
| Defendants. | |
| _____/ | (Docket No. 80) |

Good cause appearing, plaintiff's request for an extension of time in which to file an opposition to defendants' motion for summary judgment, to and including October 20, 2008 is GRANTED. Defendants **shall** file a reply brief no later than **fourteen (14) days** after the date plaintiff's opposition is filed. As this matter has been pending for nearly five years, and plaintiff will have had four months in which to prepare his opposition, no further extensions of time will be granted.

This order terminates Docket No. 80.

IT IS SO ORDERED.

DATED: 8/12/08

RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Motion for Extension of Time
G:\PRO-SE\SJ.Rmw\CR.03\Litmon054ext.wpd