***E-FILED - 10/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LITMON, JR.,<br><br>            Plaintiff,<br><br>  vs.<br><br>SANTA CLARA COUNTY, et al.,<br><br>            Defendants. | No. C 03-2054 RMW (PR)<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND MARSHAL TO SERVE DEFENDANT SOUTH |

      Plaintiff, an inmate proceeding in forma pauperis, filed this pro se civil rights action under 42 U.S.C. § 1983.

      **Within 15 days of the date this order is filed**, the clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, a copy of the SECOND AMENDED COMPLAINT (docket no. 12) and all attachments thereto, upon Defendant Kevin South at South's last known address, provided to the court under seal on September 26, 2008.  The Marshal shall return the summons to the court executed or unexecuted, and if unexecuted with an explanation therefor, within **15 days of issuance of summons**.

//

//

1  **The summons, and any other document in this matter bearing the address
2  of Defendant South, shall be filed in this matter under seal and shall not appear
3  on the public docket.**
4      IT IS SO ORDERED.
5  DATED: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

G:\PRO-SE\SJ.Rmw\CR.03\Litmon2054servesouth.wpd    2