ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. # 151915)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, LIEUTENANT DOUGLAS TAYLOR, MITCHELL CONNER, MICHAEL MEADE, M.D., CHRISTINE FERRY, ALEXANDER CHYORNY, M.D., and OFFICER CONNER

*E-FILED - 10/28/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID LITMON, JR.,

    Plaintiff,

v.

SANTA CLARA COUNTY et. al.,

    Defendants.

No. C03-2054 RMW

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**
AND ORDER

1. I am a Deputy County Counsel in the Office of the Santa Clara County Counsel. I am a member in good standing of the State bar, duly admitted to practice law before this Court and in all State and Federal courts in the State of California. I am counsel of record for the Defendants who have been served and appeared in this action.

2. Plaintiff David Litmon filed this *pro se* civil rights action while he was civilly confined at the Santa Clara County Jail while awaiting trial proceedings under California's Sexually Violent Predators Act, California Welfare and Institutions Code section 6600 et seq. ("SVPA").

3. On March 8, 2007, the Court issued an Order of Partial Dismissal and Service regarding Plaintiff's Second Amended Complaint. The Court concluded that Plaintiff's

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Mtn For Extension of Time
to file Reply in Support of MSJ; [Proposed] Order    1    C03-2054 RMW

allegations, liberally construed, stated cognizable claims against Defendants pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights with respect to his conditions of confinement and with respect to provision of medical care and mental health treatment as well as alleged violations of the ADA.

4. The Court's order recognized as cognizable a number of condition of confinement allegations including Litmon's allegations that he was treated like or worse than a criminal detainee; he was subjected to confinement to his cell for twenty-three or twenty-four hours per day; he was denied his right to privacy by being required to shower in the presence of criminal detainees he was denied adequate exercise he was subjected to property searches without adequate cause; he was subjected to strip searches and body cavity searches. It also recognized as cognizable Litmon's claims that he was denied the following medical care: personal clothing for anemia; modified diet and exercise for high cholesterol; surgery for bone spurs; soft sole shoes for flat feet and bone spurs; use of a double mattress and egg crate mattress for medical problems related to his right shoulder and a spinal cord deformity; physical therapy related to his shoulder surgery; ongoing treatment for an enlarged prostate; and treatment for unknown internal medical injuries. The Court's order also recognized as cognizable Plaintiff's claim that he was entitled to mental health treatment for his antisocial personality disorder, paraphelia and substance abuse, for which he had never received treatment at Atascadero. In addition, the Court recognized as cognizable Litmon's ADA claims insofar as they allege that he is disabled by the mental health conditions for which he was required to receive treatment at Atascadero because of his SVP designations and that the DOC denied him mental health treatment precisely because he is an SVP.

5. On February 25, 2008, this Court issued an order reinstating Plaintiff's injunctive relief claims and ordered Defendants to include a response to those claims with their summary judgment motion, further ordering that a supplemental answer may be filed to address the reinstated claims.

6. On June 20, 2008, Defendants filed and served their motion for summary judgment.

7. On July 31, 2008, I filed a notice of unavailability, advising Plaintiff and the Court

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendants' Mtn For Extension of Time
to file Reply in Support of MSJ; [XXXX] Order        2                                    C03-2054 RMW

1  that I will be out of the Country from October 8 through November 17, 2008, and unavailable during that time as I will be in Nepal.

8. On August 13, 2008, the Court granted Plaintiff a three-month extension of time through October 20, 2008 to file his papers in opposition to Defendants' motion for summary judgment. [See Docket Item No. 80.] The Court's order further set forth that Defendants' reply brief would be due 14 days thereafter.

9. Under the timing established by the Court's Order [Docket Item 80], Plaintiff's opposition brief would arrive, and Defendants' reply brief would be come due, while I am out of the country.

10. When I return to the office after November 17, 2008, I will need to come up to speed on the case backlog from my absence in addition to reviewing and responding to Plaintiff's opposition brief. I therefore request an extension of time to December 18, 2008 to file Defendants' reply in support of their motion for summary judgment.

Executed this 14th day of August 2008, in San Jose, California.

By: _____/S/_____
MARCY L. BERKMAN

### ORDER

Defendants have applied for an extension of time within which to file their reply in support of motion for summary judgment and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: Defendants shall file their reply in support of their motion for summary judgment no later than December 18, 2008.

DATE  10/28/08

_____
JUDGE OF THE DISTRICT COURT
for Judge Ronald M. Whyte

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

139469.wpd

Defendants' Mtn For Extension of Time to file Reply in Support of MSJ; [Proposed] Order    3    C03-2054 RMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

Litmon v. County, et al.                                                    No. C00-20345 RMW

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT,** by placing said copy in an envelope addressed to:

David Litmon, Jr.
CO-000555-3 - Unit 12
P.O. Box 5003
Coalinga, CA  93210

which envelope was then sealed, with postage fully prepaid thereon, on **August 15, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 15, 2008,** at San Jose, California.

_____
Anna Marie B. Espiritu

139727.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                          -1-                                      C00-20345 RMW