MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MELISSA R. KINIAYLOCTS, Lead Deputy County Counsel (S.B. #151915)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
EDWARD FLORES, LIEUTENANT
DOUGLAS TAYLOR, MITCHELL
CONNER, MICHAEL MEADE, M.D.,
CHRISTINE FERRY, ALEXANDER
CHYORNY, M.D., and OFFICER CONNER

*E-FILED - 1/21/10*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

DAVID LITMON, JR.,

    Plaintiffs,

v.

SANTA CLARA COUNTY, et al.,

    Defendants.

No. C03-2054 RMW

**STIPULATION AND ORDER FOR DISMISSAL**

    Plaintiff, David Litmon ("Plaintiff") and Defendants Edward Flores, Lieutenant Douglas Taylor, Mitchell Conner, Michael Meade, M.D., Christine Ferry, Alexander Chyorny, M.D., and Officer Conner ("Defendants"), hereby stipulate and agree to a binding Court order as follows:

    Whereas on May 2, 2003 Plaintiff filed a complaint.

    Whereas on March 29, 2004 this Court ordered service of the operative Second Amended Complaint.

    Whereas on March 31, 2009 the court granted Defendants' Motion for Summary Judgment and entered Judgment in favor of Defendants.

    Whereas on May 29, 2009 Plaintiff filed a Notice of Appeal.

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for Dismissal      1      C03-2054 RMW

Whereas the Ninth Circuit has not docketed that appeal due to a separately existing Ninth Circuit pre-filing order governing pro per appeals filed by Plaintiff.

Whereas during the Settlement Conference on November 13, 2009 the parties entered into a global settlement agreement involving Case Nos. C00-20345, C03-2054, and C09-2158.

Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees against one another.

Now therefore, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the parties stipulate that the District Court may dismiss this appeal.

IT IS SO STIPULATED:

Dated: January ___,2010    By: _____
                               DAVID LITMON, JR.

                               Plaintiff in Pro Per


                               MIGUEL MÁRQUEZ
                               Acting County Counsel

Dated: January 20, 2010    By: _____/S/_____
                               MELISSA R. KINIYALOCTS
                               Lead Deputy County Counsel

                               Attorneys for Defendants
                               EDWARD FLORES, LIEUTENANT
                               DOUGLAS TAYLOR, MITCHELL
                               CONNER, MICHAEL MEADE, M.D.,
                               CHRISTINE FERRY, ALEXANDER
                               CHYORNY, M.D., and OFFICER
                               CONNER

## ORDER

IT IS HEREBY ORDERED that Plaintiff's appeal from District Court Case No. C03-2054 is dismissed.

Dated: 1/21/10            _____
                           RONALD M. WHYTE
                           Judge of the Superior Court

235677.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California