1  MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
   MELISSA R. KINIAYLOCTS, Lead Deputy County Counsel (S.B. #151915)
2  MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California  95110-1770
4  Telephone:  (408) 299-5900
   Facsimile:  (408) 292-7240
5
   Attorneys for Defendants
6  EDWARD FLORES, LIEUTENANT
   DOUGLAS TAYLOR, MITCHELL
7  CONNER, MICHAEL MEADE, M.D.,                    *E-FILED - 1/21/10*
   CHRISTINE FERRY, ALEXANDER
8  CHYORNY, M.D., and OFFICER CONNER

9

10                  UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                           (San Jose)

12

13  DAVID LITMON, JR.,                    )    No.    C03-2054 RMW
                                          )
14           Plaintiffs,                  )    STIPULATION AND ORDER FOR
                                          )    DISMISSAL
15  v.                                    )
                                          )
16  SANTA CLARA COUNTY, et al.,           )
                                          )
17           Defendants.                  )
    _____)
18

19      Plaintiff, David Litmon ("Plaintiff") and Defendants Edward Flores, Lieutenant Douglas

20  Taylor, Mitchell Conner, Michael Meade, M.D., Christine Ferry, Alexander Chyorny, M.D.,

21  and Officer Conner ("Defendants"), hereby stipulate and agree to a binding Court order as

22  follows:

23      Whereas on May 2, 2003 Plaintiff filed a complaint.

24      Whereas on March 29, 2004 this Court ordered service of the operative Second Amended

25  Complaint.

26      Whereas on March 31, 2009 the court granted Defendants' Motion for Summary

27  Judgment and entered Judgment in favor of Defendants.

28      Whereas on May 29, 2009 Plaintiff filed a Notice of Appeal.

1    Whereas the Ninth Circuit has not docketed that appeal due to a separately existing Ninth

2    Circuit pre-filing order governing pro per appeals filed by Plaintiff.

3    Whereas during the Settlement Conference on November 13, 2009 the parties entered into

4    a global settlement agreement involving Case Nos.  C00-20345, C03-2054, and C09-2158.

5    Whereas Plaintiff and Defendant agree to waive any claim for costs and/or attorneys' fees

6    against one another.

7    Now therefore, pursuant to Rule 42 of the Federal Rules of Appellate Procedure, the

8    parties stipulate that the District Court may dismiss this appeal.

9    IT IS SO STIPULATED:

10

11   Dated: January ____,2010            By:   _____

12                                              DAVID LITMON, JR.

13                                              Plaintiff in Pro Per

14

15                                              MIGUEL MÁRQUEZ
                                                Acting County Counsel

16

17   Dated: January 20, 2010            By:   _____/S/_____

18                                              MELISSA R. KINIYALOCTS
                                                Lead Deputy County Counsel

19                                              Attorneys for Defendants

20                                              EDWARD FLORES, LIEUTENANT
                                                DOUGLAS TAYLOR, MITCHELL

21                                              CONNER, MICHAEL MEADE, M.D.,
                                                CHRISTINE FERRY, ALEXANDER

22                                              CHYORNY, M.D., and OFFICER
                                                CONNER

23

24                              **ORDER**

25   IT IS HEREBY ORDERED that Plaintiff's appeal from District Court Case No. C03-2054

26   is dismissed.

27   Dated:_____1/21/10_____

28                                              RONALD M. WHYTE
                                                Judge of the Superior Court

     235677.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California